MARINE LIGHTERAGE CORPORATION, Appellant, v. NETHERLANDS AMERICAN STEAM NAVIGATION COMPANY, Doing Business under the Name of Holland American Line, Appellee.

No. 160.

Circuit Court of Appeals, Second Circuit.
Jan. 20, 1930.

William F. Purdy, of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Ray Rood Allen and Burton H. White, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM.

Decree affirmed.

■

John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, Appellant, v. HOM BING WAH and Hom War Fung, Appellees.

No. 5988.

Circuit Court of Appeals, Ninth Circuit.
Feb. 25, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Motion of appellant granted, and appeal dismissed.

**3**

Frank C. PETERS v. UNITED STATES OF AMERICA.

John CONEY v. UNITED STATES OF AMERICA.

Nos. 4087, 4093.

Circuit Court of Appeals, Third Circuit.
Feb. 3, 1930.

W. W. Stoner and Maurice Chaitkin, both of Pittsburgh, Pa., for appellants.

Jos. A. Richardson, Asst. U. S. Atty., and John D. Meyer, U. S. Atty., both of Pittsburgh, Pa.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

In the court below, the Union Fishing Club was indicted, found guilty, and sentenced for sundry violations of the National Prohibition Law (27 USCA). It took no appeal. At the same time, John Coney, the cook of the Club, was indicted, in one count, for having in possession and for transporting liquor, and, in another, for selling liquor. On the first two counts he was acquitted. On the one for selling he was convicted and sentenced, whereupon he took this appeal, and the question involved is whether there was testimony in the case which warranted conviction. We are of opinion there was not. All the incriminating testimony bore on transportation and possession, on which Coney was acquitted. Outside of this, there was no testimony to support the count for selling. As to Peters, the other defendant, who was a waiter, the admission made by him when arrested warranted his conviction.

The sentence of judgment of Coney is reversed; that of Peters is affirmed.